No. 83–1269. IN RE FERNANDEZ ET AL. Petition for writ of mandamus denied.

No. 83–773. OREGON v. ELSTAD. Ct. App. Ore. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–1020. OHIO v. KOVACS, DBA B & W ENTERPRISES ET AL. C. A. 6th Cir. Certiorari granted.

No. 83–1075. CENTRAL INTELLIGENCE AGENCY ET AL. v. SIMS ET AL. C. A. D. C. Cir. Certiorari granted.

No. 83–1132. PARK 'N FLY, INC. v. DOLLAR PARK AND FLY, INC. C. A. 9th Cir. Certiorari granted.

No. 83–1158. ESTATE OF THORNTON ET AL. v. CALDOR, INC. Sup. Ct. Conn. Motion of Council of State Governments et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 83–373. SCOTT v. ROSENBERG ET AL.; and
No. 83–570. SCOTT v. ROSENBERG ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 702 F. 2d 1263.

No. 83–628. MOLLICA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–851. SOUTH STREET SEAPORT MUSEUM, AS OWNER OF THE BARK PEKING v. MCCARTHY ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–890. SPIELVOGEL v. UNITED STATES; and
No. 83–894. LEVY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 715 F. 2d 843.